UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT EUGENE WARBURTON,<br><br>            Petitioner,<br>   v.<br><br>JAMES WALKER, Warden,<br><br>            Respondent. | Case No. EDCV 07-1650-ODW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, <u>de novo</u>. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered denying the
3  Petition and dismissing this action with prejudice.

DATED: July 2, 2011

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge