O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT EUGENE WARBURTON,<br><br>Petitioner,<br><br>v.<br><br>JAMES WALKER, Warden,<br><br>Respondent. | Case No. EDCV 07-1650-ODW (OP)<br><br>ORDER DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY |

On May 9, 2011, the Court issued its Amended Report and Recommendation of United States Magistrate Judge, recommending the dismissal with prejudice of the current Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. On June 6, 2011, Petitioner filed his Objections to the Report and Recommendation.

On December 1, 2009, Rule 11(a) the Rules Governing Section 2254 Cases in United States District Courts, 28 U.S.C. foll. § 2254, was amended to provide in pertinent part that: "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Under 28 U.S.C. § 2253(c)(2), a Certificate of Appealability ("COA") may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that, to obtain a COA under § 2253(c), a habeas

1

prisoner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (internal quotation marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 1039, 154 L. Ed. 2d 931 (2003).

After review of Petitioner's contentions herein and his Objections to the Report and Recommendation, this Court finds that Petitioner has not made the requisite showing to warrant the issuance of a COA.

Accordingly, the Court denies the issuance of a COA.

DATED: July 2, 2011

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge